No. 6781. McPHERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6801. ECTOR v. SMITH, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 6804. WILSON v. FOLLETTE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 6808. CLERMONT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6811. STALLINGS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 6812. LO CICERO v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 6814. WADE v. HAYNES, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 6816. BROWN v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6818. TRACY ET UX. v. CHANDLER ET AL., U. S. CIRCUIT JUDGES. C. A. 10th Cir. Certiorari denied.

No. 6819. SKINNER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 6820. STOVALL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 6822. NELSON v. WARDEN, KANSAS STATE PENITENTIARY. C. A. 10th Cir. Certiorari denied.